# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS L. REYNOLDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No.: 1:11-cv-00313-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 12) |

　　　　On July 20, 2011, Plaintiff filed a stipulated request for an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (Doc. 10.) Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief **on or before August 15, 2011.**

　　　　This request is granted, and the scheduling order is modified as follows:

　　　　1.　Plaintiff's confidential letter brief shall be **served on or before August 15, 2011**;

　　　　2.　Commissioner's confidential letter brief shall be **served on or before September 22, 2011**;

　　　　3.　Any stipulation to remand the case shall be **filed on or before October 10, 2011**;

　　　　4.　Plaintiff's opening brief shall be **filed on or before October 25, 2011**;

      5.      Commissioner's responsive brief shall be **filed on or before November 28, 2011**;

            and

      6.      Plaintiff may file a reply brief **on or before December 16, 2011**.[1]

IT IS SO ORDERED.

**Dated:**  **July 20, 2011**          /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect the application of Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.

2