Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Chris L. Reynolds

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CHRIS L. REYNOLDS, | Case No.: CV 11-0313-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Chris L. Reynolds ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

1   ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

2   own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

3   the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate

4   order of the Court.

5

6   DATE: September 16, 2011        Respectfully submitted,

    ROHLFING & KALAGIAN, LLP

7

8                                            /s/ *Marc V. Kalagian*

    BY:_____

9                                       Marc V. Kalagian
                                        Attorney for plaintiff Chris L. Reynolds

10

11  DATE: September 16, 2011

12                                      BENJAMIN B. WAGNER.
                                        United States Attorney
                                        LEON W. WEIDMAN
13                                      Chief, Civil Division

14                                           /s/ *Kathryn R. Watson*

15                                      _____
                                        Kathryn R. Watson
16                                      Special Assistant United States Attorney
                                        Attorneys for Defendant Michael J. Astrue,
                                        Commissioner of Social Security
17                                      (Per e-mail authorization)

18                                   **ORDER**
                                     _____
19

20  IT IS SO ORDERED.

21

22  Dated:   **September 21, 2011**            **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

-2-